

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**TIFFANY COLE HALL**

INFORMATION

NO. 3:25-CR-146-RGJ

18 U.S.C. § 981
18 U.S.C. § 1343
28 U.S.C. § 2461

The United States Attorney charges:

## COUNTS 1-6
*(Wire Fraud)*

1. On or about and between November 13, 2017, and December 6, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **TIFFANY COLE HALL**, devised and intended to devise a scheme to defraud Volunteers of America Mid-States Inc., and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing said scheme, caused signs, signals, and sounds to be transmitted in interstate commerce.

2. It was part of the scheme that **TIFFANY COLE HALL**, while employed as the Chief Operating Officer for Volunteers of America Mid-States Inc., a nonprofit spiritually based human services organization, used Volunteers of America Mid-States Inc.'s Amex and PNC credit cards to purchase personal items without Volunteers of America Mid-States Inc.'s knowledge and authorization.

3. Volunteers of America Mid-States Inc. used the Amex and PNC credit cards to purchase necessary items for the nonprofit. It was further part of the scheme that **TIFFANY COLE HALL** used the Amex and PNC credit cards to make personal purchases from Amazon,

Lumber Liquidators, Optavia, PayPal and other retailers without Volunteers of America Mid-States Inc.'s knowledge and authority.

4. On or about and between the dates listed below, in the Western District of Kentucky, Jeferson County, Kentucky, and elsewhere, the defendant, **TIFFANY COLE HALL**, for the purpose of executing the scheme to defraud, and attempting to do so, caused to be transmitted by means of wire communications, in interstate commerce, the signals and sounds described below for each count:

| COUNT | DATE | DESCRIPTION OF WIRE | AMOUNT |
|---|---|---|---|
| 1 | August 22, 2020 | Purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s Amex credit card on her personal Amazon Account caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $561.19 |
| 2 | January 25, 2021 | Purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s PNC credit card on her personal Amazon Account caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $158.88 |
| 3 | June 29, 2021 | Personal purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s PNC credit card at Lumber Liquidators caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $1,500.00 |
| 4 | November 25, 2021 | Purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s PNC credit card on her personal Amazon Account caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $28.61 |
| 5 | July 14, 2022 | Personal purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s PNC credit card at Optavia caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $529.35 |

| 6 | November 25, 2022 | Purchase made by Tiffany Cole Hall using Volunteers of America Mid-States Inc.'s PNC credit card on her personal Amazon Account caused an interstate wire transaction to be initiated inside the Western District of Kentucky to outside of Kentucky. | $71.18 |
|---|---|---|---|

5. By means of such fraud, **TIFFANY COLE HALL** attempted to obtain and obtained funds to which she knew she was not entitled totaling over $115,000.

In violation of Title 18, United States Code, Section 1343.

### NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Section 1343, the defendant, **TIFFANY COLE HALL**, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JRA

3

UNITED STATES OF AMERICA v. **TIFFANY COLE HALL**

## PENALTIES

Counts 1-6: NM 20 yrs/$250,000 fine/both/NM 3 yrs. Supervised Release (each count)
FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612
**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613
   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.